UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL FOUNDATION,
611 Pennsylvania Avenue S.E., #231
Washington, D.C. 20003,

*Plaintiff*

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
200 Independence Avenue, S.W.
Washington, D.C. 20201

*Defendant.*

Civil Action No.: 1:23-cv-581

# COMPLAINT

1. Plaintiff America First Legal Foundation ("AFL") brings this action against the United States Department of Health and Human Services ("HHS") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

## JURISDICTION AND VENUE

2. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq*.

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal

1

protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. Defendant, the U.S. Department of Health and Human Services, is an agency under 5 U.S.C. § 552(f), with its headquarters located at 200 Independence Ave. SW, Washington, D.C., 20201.

## FACTS

### *HHS Care for Unaccompanied Alien Children FOIA*

6. On September 23, 2021, AFL submitted a FOIA request to HHS seeking records relating to the Department's Office of Refugee Resettlement ("ORR") care for Unaccompanied Alien Children ("UAC"). A true and original copy of the FOIA request is attached to this complaint at Exhibit A.

7. On September 24, 2021, AFL received an email from HHS which stated that HHS had received AFL's FOIA request. That email is attached to the complaint at Exhibit B.

8. This email assigned AFL's request tracking number 21-F-0208. *Id*.

9. As of the date of filing this complaint, AFL has received no further information related to its request.

10. As of the date of filing, AFL has not received any records responsive to its FOIA request.

### *HHS Family Endeavors Inc. No-Bid Contract FOIA*

11. On August 2, 2021, AFL submitted a FOIA request to the Department of Health and Human Services seeking records related to a no-bid contract awarded to Family Endeavors LLC. A true and original copy of the FOIA request is attached to this complaint at Exhibit C.

12. On August 10, 2021, AFL received an email from HHS containing an acknowledgement of AFL's request. That email is attached to the complaint at Exhibit D.

13. That email assigned the request tracking number 21-F-0186. *Id.*

14. As of the date of filing this complaint, AFL has received no further information related to its request.

15. As of the date of filing this complaint, AFL has not received any records responsive to its request.

## CLAIM FOR RELIEF

### Violation of FOIA, 5 U.S.C. § 552

16. AFL repeats paragraphs 1–15.

17. AFL properly requested records within the possession, custody, and control of Defendants.

18. For over a year, the Defendant has failed to conduct a reasonable search for responsive records.

19.     Moreover, the Defendant failed to disclose any segregable, non-exempt portions of responsive records. *See* 5 U.S.C. § 552(b).

20.     The Defendant failed to respond to AFL's requests within the statutory time-period. *See* 5 U.S.C. § 552(a)(6).

21.     Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(60(C).

22.     The Defendant have violated the FOIA by failing, within the prescribed time limit, to (i) reasonably search for records responsive to AFL's FOIA requests; (ii) provide a lawful reason for the withholding of any responsive records; and (iii) segregate exempt information in otherwise non-exempt responsive records.

## RELIEF REQUESTED

WHEREFORE, AFL respectfully requests this Court:

i.      Declare that the records sought by these requests, as described in the foregoing paragraphs, must be disclosed pursuant to 5 U.S.C. § 552;

ii.     Order the Defendant to conduct searches immediately for all records responsive to AFL's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of responsive records;

iii.    Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's FOIA requests;

iv.     Award AFL attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

v.      Grant AFL such other and further relief as this Court deems proper.

March 2, 2023.

            Respectfully submitted,

            */s/ Jacob Meckler*
            JACOB MECKLER
            D.C. Bar No. 90005210
            AMERICA FIRST LEGAL FOUNDATION
            611 Pennsylvania Avenue SE #231
            Washington, D.C. 20003
            Tel.: (972) 861-2132
            E-mail: Jacob.meckler@aflegal.org

            ANDREW J. BLOCK D.C.
            Bar No. 90002845
            AMERICA FIRST LEGAL FOUNDATION
            611 Pennsylvania Ave., SE #231
            Washington, D.C. 20003
            Tel.: (202) 836-7958
            E-mail: andrew.block@aflegal.org

            *Counsel for Plaintiff America First Legal Foundation*