AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

America First Legal Foundation )
*Plaintiff* )
v. ) Case No. 1:23-cv-00581
Department of Health and Human Services )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

America First Legal Foundation

Date: 03/15/2023

*Attorney's signature*

Andrew Block, DC Bar 90002845
*Printed name and bar number*

611 Pennsylvania Ave. SE, #231
Washington, D.C., 20003
*Address*

andrew.block@aflegal.org
*E-mail address*

(202) 836-7958
*Telephone number*

*FAX number*