FOIA Summons (1/13) (Page 2)

Civil Action No. 1:23-cv-581

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney for the District of Columbia

was received by me on *(date)*   March 8, 2023   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    Via Email at USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date:  March 27, 2023                    /s/ Jacob Meckler
                                    _____
                                         *Server's signature*

                                    Jacob Meckler, Attorney
                                    _____
                                         *Printed name and title*

                         611 Pennsylvania Ave. SE #231, Washington D.C., 20003
                                    _____
                                         *Server's address*

Additional information regarding attempted service, etc:

 Jacob Meckler <jacob.meckler@aflegal.org>

## America First Legal Foundation v. United States Department of Health and Human Services, 23-581

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>                    Sun, Mar 12, 2023 at 5:56 PM
To: Jacob Meckler <jacob.meckler@aflegal.org>

Your service package has been received and accepted with a service date of March 8, 2023.  Thank you.

**From:** Jacob Meckler <jacob.meckler@aflegal.org>
**Sent:** Wednesday, March 8, 2023 6:12 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] America First Legal Foundation v. United States Department of Health and Human Services, 23-581

To whom it may concern,

Please accept service of the attached documents in *America First Legal Foundation v. United States Department of Health and Human Services, 23-581*.

Please confirm receipt.

Thank you,

Jacob Meckler | Attorney

530.830.8168 | aflegal.org