FOIA Summons (1/13) (Page 2)

Civil Action No. 1:23-cv-581

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney General
was received by me on *(date)* March 17, 2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Via Certified Mail: 7021 2720 0002 7305 0392

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 27, 2023

/s/ Jacob Meckler
*Server's signature*

Jacob Meckler
*Printed name and title*

611 Pennsylvania Ave. SE #231, Washington D.C., 20003
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70212720000273050392**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 4:53 am on March 17, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 17, 2023, 4:53 am

**Available for Pickup**
WASHINGTON, DC 20530
March 16, 2023, 10:43 am

**Arrived at Post Office**
WASHINGTON, DC 20018
March 16, 2023, 7:51 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 16, 2023, 5:10 am

**Arrived at USPS Regional Origin Facility**
MERRIFIELD VA DISTRIBUTION CENTER
March 15, 2023, 7:24 pm

**USPS in possession of item**

ALEXANDRIA, VA 22303
March 15, 2023, 4:02 pm

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

**Postal Product:** Priority Mail®

**Features:** Certified Mail™ Insured

See tracking for related item: 9590940247828344774390 (/go/TrackConfirmAction?tLabels=9590940247828344774390)

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**