UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FIRST LEGAL
FOUNDATION,

        Plaintiff,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

        Defendants.

Civil Action No. 23-581 (RDM)

## JOINT STATUS REPORT

Plaintiff, America First Legal Foundation, and Defendant, U.S. Department of Health and Human Services, by and through undersigned counsel, hereby provide the following joint status report.

1.    This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on March 2, 2023.  ECF No. 1.  This action concerns two FOIA requests made by Plaintiff on August 2, 2021 and September 23, 2021.  *Id*. ¶¶ 6, 11.  Plaintiff seeks records relating to the Administration for Children and Families' ("ACF") Office of Refugee Resettlement care for Unaccompanied Alien Children.

2.    Plaintiff's August 2, 2021, FOIA request (No. 21-F-0186) contains 7 subparts (A-G).  To date, ACF has completed the search for three subparts and is still searching for potentially responsive records to the remaining four parts of that request.  Plaintiff's September 23, 2021, FOIA request (No. 21-F-0208) also contains 7 subparts (A-G), and ACF is in the process of conducting searches for all records responsive to this request.  ACF expects to be able to provide an update on the outstanding searches by May 26, 2023.

3. The Parties propose that Defendant shall process the already located records at a rate of at least 250 pages per month and that any releasable pages be produced to Plaintiff on a monthly basis, starting on or around June 10, 2023. The Parties agree that this rate should only apply to records identified as potentially responsive as of today's date (May 12, 2023).

4. At this time, Defendant does not anticipate the need for an *Open America* stay in this case.

5. The Parties propose deferring the question of whether a *Vaughn* index will be required in this case and whether summary judgment briefing is anticipated until the document productions have concluded.

6. The Parties propose to file an additional JSR no later than June 16, 2023.

7. The Parties have conferred and agreed that there are no issues for the Parties to address at this time and recommend the cancellation of the status conference scheduled for May 19, 2023, if the Court is so inclined.

8. A proposed order is enclosed.

Dated: May 12, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

/s/ Jacob Meckler
ANDREW BLOCK D.C. Bar #90002845
Tel.: (202) 836-7958
Email: Andrew.block@aflegal.org
JACOB MECKLER D.C. Bar #90005210
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (972) 861-2132
E-mail: Jacob.meckler@aflegal.org

*Counsel for Plaintiff*
*America First Legal Foundation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FIRST LEGAL FOUNDATION,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants. | Civil Action No. 23-581 (RDM) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by June 16, 2023 an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2022.

_____
U.S. DISTRICT COURT JUDGE