UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FIRST LEGAL FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | Civil Action No. 23-581 (RDM) |

**JOINT STATUS REPORT**

  Plaintiff, America First Legal Foundation, and Defendant, U.S. Department of Health and Human Services, by and through undersigned counsel, hereby provide the following joint status report.

  1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on March 2, 2023. ECF No. 1. This action concerns two FOIA requests made by Plaintiff on August 2, 2021 and September 23, 2021. *Id*. ¶¶ 6, 11. Plaintiff seeks records relating to the Administration for Children and Families' ("ACF") Office of Refugee Resettlement care for Unaccompanied Alien Children.

  2. Plaintiff's August 2, 2021, FOIA request (No. 21-F-0186) contains 7 subparts (A-G). To date, ACF has completed the search for three subparts and is still searching for potentially responsive records to the remaining four parts of that request. Plaintiff's September 23, 2021, FOIA request (No. 21-F-0208) also contains 7 subparts (A-G), and ACF is in the process of conducting searches for all records responsive to this request. ACF has requested updates on the status of these searches from IT.

3. ACF previously reported that it would be able to process the previously located records at a rate of 250 pages per month. This month ACF was able to process all previously located records and made its first interim production on June 12, 2023. ACF processed 450 pages of potentially responsive records. 243 pages were produced in part with withholdings pursuant to Exemptions (b)(6) of the FOIA (5 U.S.C. § 552). 207 pages were determined to contain other agencies' equities and were sent to those agencies for consultation.

4. The Parties propose to file an additional JSR no later than August 11, 2023.

5. A proposed order is enclosed.

Dated: June 16, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*/s/ Jacob Meckler*
ANDREW BLOCK D.C. Bar #90002845
Tel.: (202) 836-7958
Email: Andrew.block@aflegal.org
JACOB MECKLER D.C. Bar #90005210
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (972) 861-2132
E-mail: Jacob.meckler@aflegal.org

*Counsel for Plaintiff*
*America First Legal Foundation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FIRST LEGAL FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants. | Civil Action No. 23-581 (RDM) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by August 11, 2023 an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2022.

_____
U.S. DISTRICT COURT JUDGE