UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | Civil Action No. 23-581 (RDM) |

# JOINT STATUS REPORT

Plaintiff, America First Legal Foundation, and Defendant Department of Health and Human Services, by and through undersigned counsel, hereby provide the following status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on March 2, 2023. ECF No. 1. This action concerns two FOIA requests made by Plaintiff on August 2, 2021 and September 23, 2021. *Id*. ¶¶ 6, 11. Plaintiff seeks records relating to the Administration for Children and Families' ("ACF") Office of Refugee Resettlement care for Unaccompanied Alien Children.

2. Plaintiff's August 2, 2021 FOIA request (No. 21-F-0186) contains seven subparts (A-G). To date, ACF has completed the search for and produced non-exempt material responsive to subparts C, D, F, and G. ACF is continuing to search for records responsive to Subpart A and anticipates providing an update to Plaintiff regarding the results of this search by the end of January 2024. In addition, because ACF's initial search for records responsive to subpart B contained an error, ACF re-ran its search for records responsive to subpart B also captures records responsive

to subpart E. This search yielded approximately 58,101 potentially responsive pages of records. Plaintiff and Defendant are conferring to attempt to narrow the number of pages requiring review.

3. Plaintiff's September 23, 2021 FOIA request (No. 21-F-0208) also contains seven subparts (A-G). ACF previously made a production of non-exempt material responsive to subparts A-F. ACF's initial search for records responsive to subpart G produced 12,370 pages of potentially responsive material, which ACF was able to narrow to 8,800 pages. ACF is conferring with Plaintiff regarding how to further narrow this search.

4. The Parties propose to file an additional JSR no later than March 20, 2024.

5. A proposed order is enclosed.

Dated:  January 17, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Tabitha Bartholomew
TABITHA BARTHOLOMEW
DC Bar #1044448
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2529
Email: Tabitha.Bartholomew@usdoj.gov

*Counsel for Defendant*

/s/ Jacob Meckler
ANDREW BLOCK D.C. Bar #90002845
Tel.: (202) 836-7958
Email: Andrew.block@aflegal.org
JACOB MECKLER D.C. Bar #90005210
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

                                      Tel.: (972) 861-2132
                                    E-mail: Jacob.meckler@aflegal.org

*Counsel for Plaintiff*
*America First Legal Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, I caused a true copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system.

                                      */s/ Tabitha Bartholomew*
                                      TABITHA BARTHOLOMEW
                                      DC Bar #1044448

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants. | Civil Action No. 23-581 (RDM) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by March 20, 2024, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
U.S. DISTRICT COURT JUDGE