UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FIRST LEGAL FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants. | Civil Action No. 23-581 (RDM) |

## JOINT STATUS REPORT

Plaintiff, America First Legal Foundation, and Defendant Department of Health and Human Services, by and through undersigned counsel, hereby provide the following status report.

1.      This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on March 2, 2023.  ECF No. 1. This action concerns two FOIA requests made by Plaintiff on August 2, 2021, and September 23, 2021.  *Id*. ¶¶ 6, 11. Plaintiff seeks records relating to the Administration for Children and Families' ("ACF") Office of Refugee Resettlement care for Unaccompanied Alien Children.

2.      Plaintiff's August 2, 2021 FOIA request (No. 21-F-0186) contains seven subparts (A-G).  To date, ACF has completed the search for and produced non-exempt material responsive to subparts C, D, F, and G. ACF completed its search for records responsive to Subpart A and located approximately 3,550 potentially responsive pages.  ACF will process 300 pages per month with the first production of any responsive, nonexempt information on April 12, 2024.  In addition, because ACF's initial search for records responsive to subpart B contained an error, ACF re-ran its search for records responsive to subpart B also captures records responsive to subpart E. This

search yielded approximately 58,101 potentially responsive pages of records. Plaintiff and Defendant conferred to narrow the number of pages requiring review. After implementing Plaintiff's narrowing proposals, Defendant re-ran the search, which produced 19,381 pages.

3.      Plaintiff's September 23, 2021 FOIA request (No. 21-F-0208) also contains seven subparts (A-G). ACF previously made a production of non-exempt material responsive to subparts A-F. ACF's initial search for records responsive to subpart G produced 12,370 pages of potentially responsive material, which ACF was able to narrow to 8,800 pages. ACF is conferring with Plaintiff regarding how to further narrow this search.

4.      The Parties propose to file an additional JSR no later than May 20, 2024.

5.      A proposed order is enclosed.

Dated:  March 20, 2024                    Respectfully submitted,

                                          MATTHEW M. GRAVES, D.C. Bar. #481052
                                          United States Attorney

                                          BRIAN P. HUDAK
                                          Chief, Civil Division

                         By:     /s/ Tabitha Bartholomew
                                 TABITHA BARTHOLOMEW
                                 DC Bar #1044448
                                 Assistant United States Attorney
                                 601 D Street, N.W.
                                 Washington, D.C. 20530
                                 Phone: (202) 252-2529
                                 Email: Tabitha.Bartholomew@usdoj.gov

                                 *Counsel for the United States of America*


                                 /s/ Jacob Meckler
                                 ANDREW BLOCK D.C. Bar #90002845
                                 Tel.: (202) 836-7958
                                 Email: Andrew.block@aflegal.org
                                 JACOB MECKLER D.C. Bar #90005210
                                 America First Legal Foundation

611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (972) 861-2132
E-mail: Jacob.meckler@aflegal.org

*Counsel for Plaintiff*
*America First Legal Foundation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FIRST LEGAL FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | Civil Action No. 23-581 (RDM) |

### [Proposed] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by May 20, 2024, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
U.S. DISTRICT COURT JUDGE