UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>   Defendants. | Civil Action No. 23-581 (AHA) |

**JOINT STATUS REPORT**

  Plaintiff, America First Legal Foundation, and Defendant Department of Health and Human Services, by and through undersigned counsel, hereby provide the following status report in accordance with the Court's December 16, 2024 Minute Order:

  1. Regarding subpart A of Plaintiff's August 2, 2021 FOIA request (No. 21-F-0186), Defendant reports that made its final release of non-exempt, responsive records to Plaintiff on December 18, 2024. This release, which was originally intended to occur on or by October 9, 2024, was delayed due to an inadvertent error.

  2. The parties have no further updates to report at this time beyond that which was reported in their December 6, 2024 Joint Status Report. The parties propose that they file a further report no later than March 7, 2025. A proposed order is enclosed.

Dated:  January 8, 2025      Respectfully submitted,

                MATTHEW M. GRAVES, D.C. Bar. #481052
                United States Attorney

                BRIAN P. HUDAK
                Chief, Civil Division

By:    */s/ Tabitha Bartholomew*
TABITHA BARTHOLOMEW,
  D.C. Bar #1044448
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2529
Email: Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*


*/s/ Jacob Meckler*
JACOB MECKLER D.C. Bar #90005210
America First Legal Foundation
E-mail: Jacob.meckler@aflegal.org

ANDREW BLOCK D.C. Bar #90002845
Tel.: (202) 836-7958
Email: Andrew.block@aflegal.org

611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (972) 861-2132

*Counsel for Plaintiff*
*America First Legal Foundation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>  Defendants. | Civil Action No. 23-581 (AHA) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by March 7, 2025, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
U.S. DISTRICT COURT JUDGE