UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | Civil Action No. 23-581 (AHA) |

**JOINT STATUS REPORT**

  Plaintiff, America First Legal Foundation, and Defendant Department of Health and Human Services, by and through undersigned counsel, hereby provide the following status report in accordance with the Court's January 8, 2025 Minute Order:

  1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on March 2, 2023. ECF No. 1. This action concerns two FOIA requests made by Plaintiff on August 2, 2021, and September 23, 2021. *Id*. ¶¶ 6, 11. Plaintiff seeks records relating to the Administration for Children and Families' ("ACF") Office of Refugee Resettlement care for Unaccompanied Alien Children.

  2. Plaintiff's August 2, 2021 FOIA request (No. 21-F-0186) contains seven subparts (A-G). To date, ACF has completed the search for and release of non-exempt material responsive to subparts A, C, D, F, and G. Regarding subparts B and E: because ACF's initial search for records responsive to subpart B contained an error, ACF re-ran its search for records responsive to subpart B and determined that these records also capture records responsive to subpart E. This search yielded approximately 58,101 potentially responsive pages of records. Plaintiff and Defendant

conferred to narrow the number of pages requiring review. After implementing Plaintiff's narrowing proposals, Defendant re-ran the search, which produced 19,381 pages which are pending review. ACF is currently experiencing technical issues with the review software preventing ACF from processing these records. ACF has escalated this issue with the vendor so that processing can resume but currently does not have an estimate for when the issue will be addressed.

3.  Plaintiff's September 23, 2021 FOIA request (No. 21-F-0208) also contains seven subparts (A-G). ACF releases as to subparts A-F are complete. ACF's initial search for records responsive to subpart G produced 12,370 pages of potentially responsive material, which ACF was able to narrow to 8,800 pages which are pending review. ACF processed approximately 1,541 pages of those pages, determined none were responsive to Plaintiff's request, and provided that response to Plaintiff on November 18, 2024.  In response to Plaintiff's further inquiry regarding potential narrowing, on March 7, 2025, ACF further explained the basis for its belief that no records from this subset would be responsive. The parties are continuing to confer regarding narrowing this portion of Plaintiff's request.

4.  The parties propose filing a further joint status report no later than June 6, 2025. A proposed order is enclosed.

Dated:  March 7, 2025                                             Respectfully submitted,


By:  /s/ Tabitha Bartholomew
     TABITHA BARTHOLOMEW,
       D.C. Bar #1044448
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     Phone: (202) 252-2529
     Email: Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

*/s/ Jacob Meckler*
JACOB MECKLER D.C. Bar #90005210
America First Legal Foundation
E-mail: Jacob.meckler@aflegal.org

ANDREW BLOCK D.C. Bar #90002845
Tel.: (202) 836-7958
Email: Andrew.block@aflegal.org

611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (972) 861-2132

*Counsel for Plaintiff*
*America First Legal Foundation*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Civil Action No. 23-581 (AHA) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by June 6, 2025, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2025.

_____
U.S. DISTRICT COURT JUDGE

4